MIRA HAYS, *et al. v.* JOHN HAYS, Adm'r, &c.

A cause in equity being before a court upon exceptions to a report, made under an order for an account therein :

*Held,* that it was erroneous for the Judge, upon sustaining the exceptions, to proceed to dismiss the bill.

BILL in equity, before *Mitchell, J.,* upon exceptions to a report made in the course of the cause, at Fall Term 1869, of CALDWELL Court.

An order for an account having been made, upon the report coming in the defendant filed exceptions, which on consideration, were sustained by the court, the report set aside, and the bill dismissed.    Thereupon the plaintiff appealed.

*Folk* for the appellant.
*Malone,* contra.

READE, J.    When the defendant's exceptions to the report were sustained, it was the privilege of the plaintiff to appeal from the ruling of his Honor, and present the whole case to this court: but the plaintiff was deprived of that privilege by the order dismissing the bill.    We consider the case before us not upon the merits, but upon the appeal from the order dismissing it.    That was clearly erroneous.

This will be certified, &c.

PER CURIAM.                                         Order reversed.